1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

RAPHAEL HENSON,

            Plaintiff,

        v.

KING COUNTY JAIL, *et al.*,

            Defendants.

Case No. C18-593-JLR-JPD

REPORT AND RECOMMENDATION

11
12
13
14
15

16
17
18
19
20
21
22
23

     Plaintiff Raphael Henson, who is proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Dkt. 4; Dkt. 4-1.  On June 13, 2018, the Court ordered plaintiff to show cause why this case should not be dismissed as duplicative of the action proceeding in this Court under cause number 2:17-cv-1885-RSM-JPD.  In his response to the Court's order, plaintiff initially reiterated his claims, but also included a motion requesting that his cases be consolidated under one case number in cause No. 2:17-cv-1885-RSM-JPD.  Dkt. 11 at 6.  If plaintiff wishes to add any additional defendants or claims, he should move the Court for leave to do so in Case No. 2:17-cv-1885-RSM-JPD, as appropriate.

24
25
26

     Accordingly, the Court recommends that this § 1983 action be DISMISSED as duplicative.   A proposed order accompanies this Report and Recommendation.  The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

REPORT AND RECOMMENDATION
PAGE - 1

1       Objections to this Report and Recommendation, if any, should be filed with the Clerk

2 and served upon all parties to this suit by no later than **September 17, 2018**.  Failure to file

3 objections within the specified time may affect your right to appeal.  Objections should be

4 noted for consideration on the District Judge's motion calendar for the third Friday after they

5 are filed.  Responses to objections may be filed within **fourteen (14)** days after service of

6 objections.  If no timely objections are filed, the matter will be ready for consideration by the

7 District Judge on **September 21, 2018**.

8       This Report and Recommendation is not an appealable order.  Thus, a notice of appeal

9 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

10 assigned District Judge acts on this Report and Recommendation.

11       DATED this 27th day of August, 2018.

13 *James P. Donohue*

14 JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2